**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAT PROPERTIES LLC, a limited liability company,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FALLS LAKE NATIONAL INSURANCE COMPANY, a corporation; and DOES 1-50, inclusive,<br><br>　　　　Defendants. | Case No. 2:24-cv-05030-SPG-SK<br><br>**JUDGMENT** |

　　　　Pursuant to the Court's October 27, 2025, Order Granting Defendant Falls Lake National Insurance Company's ("Defendant") Motion for Summary Judgment, (ECF No. 66),

　　　　IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

　　　　1.　　Judgment on Plaintiff Elat Properties LLC's ("Plaintiff") First Cause of Action for Breach of Insurance Contract is entered in favor of Defendant and against Plaintiff, dismissing the First Cause of Action with prejudice;

1

2.     Judgment on Plaintiff's Second Cause of Action for Breach of the Implied Covenant of Good Faith and Fair Dealing is entered in favor of Defendant and against Plaintiff, dismissing the Second Cause of Action with prejudice;

3.     All dates and deadlines, including the Final Pretrial Conference scheduled for October 29, 2025, have been vacated;

4.     Plaintiff shall take nothing from Defendant by reason of its Complaint filed herein; and

5.     Defendant is the prevailing party and shall recover costs in an amount to be determined.

**IT IS SO ORDERED**

Dated:  November 10, 2025

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE